IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DARRON WILLIAMS**                                                       **PLAINTIFF**

**V.**                 **CASE NO. 2:17-CV-181-BSM-BD**

**MIKE BARSHANE, et al.**                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Darron Williams and two other Plaintiffs filed this civil rights case without the help of a lawyer. At that time the complaint was filed, the Plaintiffs were inmates in the Cross County Detention Center ("Detention Center"). (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

Mail sent from the Court to Mr. Williams at the Detention Center was returned on

December 18, 2017. (#6) In an Order dated December 19, 2017, Mr. Williams was given thirty days to notify the Court of his current address. (#7) In that Order, the Court specifically cautioned Mr. Williams that his claims could be dismissed if he failed to update his address, as required. (#7) To date, Mr. Williams has failed to comply with the Court's Order, and the time for doing so has passed.

### III.    Conclusion:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 19, 2017 Order and failure to prosecute his claims.

DATED this 23rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE