IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARRON WILLIAMS                                                           PLAINTIFF

v.                      CASE NO. 2:17-CV-00181 BSM

MIKE BARSHANE, et al.                                                   DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 8] submitted by United States Magistrate Judge Beth Deere has been received. The parties have not filed objections. After careful review, the recommended disposition is adopted in its entirety, and this case is dismissed without prejudice for plaintiff Darron Williams's failure to prosecute.

IT IS SO ORDERED this 14th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE