IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DARRON WILLIAMS**                                                           **PLAINTIFF**

**v.**                      **CASE NO. 2:17-CV-00181 BSM**

**MIKE BARSHANE, et al.**                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE